UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged. JRS, DJ, 11/8/24.

Distribution to all counsel of record via CM/ECF.

| | |
|---|---|
| WILMA L. CREIGHTON, | : |
| Plaintiff, | : |
| v. | : Case No. 1:24-cv-520-JRS-MG |
| UNITED PARCEL SERVICE, INC. | : |
| Defendant. | : |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against the defendant, United Parcel Service, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Robert P. Kondras, Jr. (with permission)*
Robert P. Kondras, Jr.
**HASSLER KONDRAS MILLER LLP**
100 Cherry Street
Terre Haute, Indiana 47807
Telephone: (812) 232-9691
Facsimile: (812) 234-2281
Email: kondras@hkmlawfirm.com

*Attorney for Plaintiff Wilma Creighton*

Respectfully submitted,

*/s/ Alex S. Havlin*
Allison L. Goico
Jonathan B. Snider
Alex S. Havlin
**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
Email: allison.goico@dinsmore.com
       yogi.snider@dinsmore.com
       alex.havlin@dinsmore.com

*Attorneys for Defendant United Parcel Service, Inc.*